

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00746-CV

**UNITED SPECIALTY INSURANCE COMPANY**,
Appellant

v.

Alfonso **CANTU** and Ramiro Cantu,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVK000197D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's September 19, 2018 and September 25, 2018 judgments are VACATED and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a)(2). Costs of appeal are assessed against appellant. *See* TEX. R. APP. P. 42.1(d).

SIGNED February 27, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice